IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13-CR-244 |
| vs. | ORDER |
| LUIS VALLEJO, | |
| Defendant. | |

The defendant's motion to proceed on appeal in forma pauperis (filing 266) is granted, and the defendant is permitted to proceed on appeal in forma pauperis.

Dated this 15th day of May, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge